# In the United States Court of Federal Claims

No. 25-1126
(Filed: 6 August 2025)
NOT FOR PUBLICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RICHARD KOSMAS KATSIGIANIS,     \*
     \*
     Plaintiff,     \*
     \*
v.     \*
     \*
THE UNITED STATES,     \*
     \*
     Defendant.     \*
     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On 2 July 2025, *pro se* plaintiff Richard Kosmos Katsigianis filed a complaint in this Court against the United States. *See* Compl., ECF No. 1. Plaintiff alleges "a pattern of trespass, coercion, retaliation, fraud upon the court, and deprivation of rights under color of law by state and federal actors." *Id.* at 1. Plaintiff is seeking "$1.3 billion in monetary damage awards including punitive elements derived from unrebutted commercial contract and federal claims." *Id.* at 6. In conjunction with the Complaint, plaintiff filed a motion for leave to proceed *in forma pauperis* ("IFP"). *See* Mot. for Leave to Proceed IFP ("IFP Appl."), ECF No. 3. On 17 July 2025, the Court ordered plaintiff to show cause and to "(1) identify which source(s) of money-mandating law he is invoking; (2) identify how his claims are against the United States; and (3) explain why this court has jurisdiction over this case" by 18 August 2025. *See* O.S.C. at 4, ECF No. 6. The Court further denied plaintiff's IFP application "as deficient" and ordered plaintiff to either pay the filing fees or to file a completed IFP application by 18 August 2025. *See id.* Finally, the Court stayed "the government's answer or any other responsive briefing pending future order of the Court." *Id.*

On 30 July 2025, plaintiff paid the filing fees and filed a response to the Court's Show Cause Order. *See* Resp. to O.S.C., ECF No. 9. Accordingly, the government **SHALL FILE** its answer or other responsive briefing to plaintiff's Complaint, ECF No. 1, **on or before 6 October 2025**. In filing an answer or other responsive briefing, the government also **SHALL ADDRESS** plaintiff's Response to Order to Show Cause, ECF No. 9, in the same document. The Court further **STAYS** the government's Response to any future filing by plaintiff pending the Court's review of the government's forthcoming answer or other responsive briefing.

     **IT IS SO ORDERED.**

- 2 -

/s/ Ryan T. Holte
RYAN T. HOLTE
Judge