Docket No. 25-1126

# UNITED STATES COURT OF FEDERAL CLAIMS

## DEFICIENCY MEMORANDUM

TO:  Judge  Holte

FROM:  CLERK'S OFFICE

CASE NAME: Katsigianis v. USA

DOCUMENT TITLE: Motion to Enforce Estoppel and Enter Final Judgment

The attached was received on  8/13/25  and the following defect(s) is/are noted:

1. [ ] Untimely, due to be filed by _____ [Rule 7.2]

2. [ ] Not signed [ Rule 11 ]

3. [ ] Does not comply with the provisions of Rule:

   - [ ] 5.2(a)        Re: redacted filings [Privacy Protection]
   - [ ] 5.4(a)(2)(A)  Re: table of contents or index to appendix is missing (or in wrong location)
   - [ ] 5.4(b)        Re: length of briefs or memorandum
   - [✔] 5.5(g)        Re: Judge's name on all filings
   - [ ] 10(a)         Re: incorrect caption; names of parties

4. [ ] Original affidavit(s)/declaration(s) is/are missing

5. [ ] No provision in the rules (or court order) for filing of this item

6. [✔] The Judge's name isn't included on the filing.

TB
Deputy Clerk's Initials

Revised January 2024