# In the United States Court of Federal Claims

```
*******************************************
                                           *
                                           *
RICHARD K. KATSIGIANIS,                    *
                                           *
              Plaintiff(s),                *    No. 25-1126
                                           *
v.                                         *
                                           *
THE UNITED STATES,                         *
                                           *
              Defendant.                   *
                                           *
* *****************************************
```

For the reasons specified in the attached deficiency memorandum, the submission identified shall be:

☐ Filed by my leave.

☐ Filed by my leave and the filing shall be titled _____.

☐ Filed by my leave and the party is being notified for the correction of the following defect(s) in all future filings: _____.

☐ Filed by my leave and the party is required to file a redacted version of the document for the public record (Rule 5.2).

☐ Returned to the party for the correction of defects. The party shall re-file the corrected document on or before _____. Opposing counsel's time to respond to the filing is to run from the date of re-service.

☐ Returned to the party unfiled.

☑ Rejected.

IT IS SO ORDERED.

                                              Ryan T. Holte  
                                              Judge

                                              20 August 2025  
                                              Date