Docket No. 25-1126

UNITED STATES COURT OF FEDERAL CLAIMS

DEFICIENCY MEMORANDUM

TO:  Judge Holte

FROM:  CLERK'S OFFICE

CASE NAME: Katsigianis v. USA

DOCUMENT TITLE: Notice of Missed Court Set-Decision Dates, etc.

The attached was received on 9/17/25 and the following defect(s) is/are noted:

1. ☐ Untimely, due to be filed by _____ [Rule 7.2]

2. ☐ Not signed [ Rule 11]

3. ☐ Does not comply with the provisions of Rule:

- ☐ 5.2(a)           Re: redacted filings [Privacy Protection]
- ☐ 5.4(a)(2)(A)    Re: table of contents or index to appendix is missing (or in wrong location)
- ☐ 5.4(b)          Re: length of briefs or memorandum
- ☐ 5.5(g)          Re: Judge's name on all filings
- ☐ 10(a)           Re: incorrect caption; names of parties

4. ☐ Original affidavit(s)/declaration(s) is/are missing

5. ✔ No provision in the rules (or court order) for filing of this item

6. ✔ There is no provision in the rules for filing a Notice of Missed Court-Set Decision Dates and Request For Immediate Rulings w/Proposed Order. It appears Plaintiff may have mistakenly thought the response dates were court set decision dates.

TB
Deputy Clerk's Initials

Revised January 2024